AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched)*<br>Subject cellular telephone #2, further described in Attachment A. | )<br>)<br>)  Case No.  4:22 MJ 7022 SPM-2<br>)<br>)  SIGNED AND SUBMITTED TO THE COURT FOR FILING<br>)  BY RELIABLE ELECTRONIC MEANS<br>)  **FILED UNDER SEAL** |

**FILED**

FEB 8 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     EASTERN     District of     MISSOURI
*(identify the person or describe the property to be searched and give its location)*:

Subject cellular telephone #2, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before     February 21, 2022     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Honorable Shirley P. Mensah     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for     days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of     .

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date and time issued:   2.8.2022 at 11:20 a.m.   _____
*Judge's signature*

City and state:     St. Louis, MO     Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.:<br>4:22 MJ 7022 SPM-2 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  _____

*Executing officer's signature*

*Printed name and title*

## ATTACHMENT A

**Exhibit 1:** Subject cellular telephone #1, one (1) white in color I-Phone Pro, phone number: (310) 425-4502





**Exhibit 2:** Subject cellular telephone #2; One (1) silver in color Google One Plus, phone number (310)906-9646



2

**ATTACHMENT  B**

    1.    All records on the items described below that relate to violations of Title 18, United States Code, Section 371 (conspiracy); Title 18, United States Code, Section 1956 (laundering of monetary instruments and conspiracy); Title 18, United States Code, Section 1957 (engaging in monetary transactions in property derived from specified unlawful activity and conspiracy); Title 31, United States Code, Section 5324 (conspiracy to structure financial transactions); Title 21, United States Code, Section 841(a) and 846 (unlawful manufacture, distribution, or possession with intent to distribute a controlled substance and conspiracy) and involve Swai Wesley BOWDEN  and/or his identified and unidentified co-conspirators, including:

    a.    lists of customers and related identifying information;

    b.    types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions; any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    c.    any information recording Swai Wesley BODEN  or his identified and unidentified co-conspirator's schedules or travel to include any GPS data saved or stored on the devices to be searched.

    d.    all bank records, checks, money orders, credit card bills, account information, and other financial records.

    e.    Images or video regarding the manufacture, distribution, or possession of controlled substances or any related financial transactions.

   f. Any information related to the manufacturing, processing, or distributing of drugs to include, but not necessarily limited to, cocaine and marijuana.

  2. Evidence of user attribution showing who used or owned subject cellular telephone #1 and subject cellular telephone #2 (that is, the items to be searched pursuant to the search warrant), as well as information related to items stored within subject cellular telephone #1 and subject cellular telephone #2 and the respective date those items were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

  3. Records evidencing the use of the Internet to communicate via email, social media websites, or other electronic means, regarding customer purchases, shipments, financial transactions, and travel including:

   a. Records of Internet Protocol addresses used;

   b. Records of internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

  4. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

  5. All data files, including but not limited to, records and graphic representations, containing matter pertaining to the manufacture or trafficking in controlled

substances or controlled substance analogs, that is, documents and visual depictions of accounting records, websites, marketing, and facilitating records.

6. Graphic interchange formats and/or photographs, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI and MPEG) containing matter pertaining to the manufacture and distribution of controlled substances and controlled substance analogs and the laundering of proceeds of the same.

7. Electronic mail, chat logs, Internet Relay Chat (IRC) log files and electronic messages, concerning the trafficking of controlled substances and controlled substance analogs through interstate or foreign commerce, including by United States mail or by computer, visual depictions, and records pertaining to the manufacture and distribution of controlled substances and controlled substance analogs and the laundering of proceeds of the same.

8. Log files and other records concerning dates and times of connection to' the Internet and to websites pertaining to the manufacture and distribution of controlled substances and controlled substance analogs and the laundering of proceeds of the same. .

9. Any Instant Message conversations, chats, e-mails, text messages, or letters pertaining to the manufacture and distribution of controlled substances and controlled substance analogs and the laundering of proceeds of the same.